VIDAL D. RIVERA et al., Respondents, v. NATHANIEL CLARK, Appellant.—

Concur — Eager, J. P., McGivern, Tilzer and Macken, JJ.